448 A.2d 1189

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1982.

Petition for Allowance of Appeal Granted Dec. 3, 1982.

Submitted February 24, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.